437 A.2d 1223

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Neil B. HOWARD.**

**No. 286 Disciplinary Docket No. 1.**
**Disciplinary Board No. 42DB79.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1981.

Decided Dec. 23, 1981.

Allen B. Zerfoss, Chief Disciplinary Counsel, Harrisburg, John W. Herron, Alan J. Davis, Asst. Disciplinary Counsels, Philadelphia, for petitioner.

William T. Luskus, Media, for respondent.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

The Rule to Show Cause is discharged and respondent is suspended from the practice of law for three years from the date of the original suspension.

LARSEN, FLAHERTY and KAUFFMAN, JJ., dissent and would suspend respondent for two years.